# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 20, 2022

Lyle W. Cayce
Clerk

No. 21-51158

RTG, L.L.C., *a Florida Limited Liability Company*,

*Plaintiff—Appellant*,

*versus*

Lisa Katona Fodera, *an individual*,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:19-CV-87

Before Jones, Smith, and Graves, *Circuit Judges*.
Per Curiam:*

This dispute over music royalties has festered in various courts for well over a decade. It is time for closure.

Plaintiff RTG, L.L.C., appeals a judgment favoring Lisa Katona Fodera, declaring her the lawful owner of Julian Jackson's 50% interest in the Ohio Players' music rights and awarding her money damages. In addition to the Final Judgment, RTG specifically appeals an order granting Katona

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 21-51158

Fodera certain additional relief and an order granting Katona Fodera summary judgment.

We have reviewed the briefs, pertinent parts of the record, and the applicable law and have heard oral argument.   We find no reversible error in the orders challenged on appeal.

The judgment is AFFIRMED, essentially for the reasons given by the district court.